**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JUSTIN FLINN,** *Plaintiff,* <br><br> v. <br><br> **EDWARD LAWLESS and DAVID NGUYEN,** *Defendants.* | **CIVIL ACTION** <br><br> **NO. 24-2706** |

**ORDER RE: SUMMARY JUDGMENT**

**AND NOW**, this 19th day of August, 2025, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 25, is **GRANTED in part and DENIED in part** as follows:

- Defendants' Motion for Summary Judgment is **GRANTED** in favor of Defendants as to Counts I, II, and V;
- Defendants' Motion for Summary Judgment is **DENIED** as to Counts III and IV.

Counts III and IV shall proceed to trial. Please be advised that a **FINAL PRETRIAL CONFERENCE** will be held by telephone on **September 9, 2025 at 3:00 PM**. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, join Chambers on the call (ph: 267-299-7520).

        **BY THE COURT:**

        **/s/ Michael M. Baylson**
        _____
        **MICHAEL M. BAYLSON**
        **United States District Court Judge**