IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN FLINN,<br>    *Plaintiff* | : <br> : <br> : | A CIVIL ACTION |
| vs. | : <br> : | Docket Number: |
| EDWARD LAWLESS<br>    *AND*<br>DAVID NGUYEN,<br>    *Defendants* | : <br> : <br> : <br> : | 24 – CV – 2706<br>(Honorable Michael M. Baylson) |

## PLAINTIFF'S NOTICE OF APPEAL

Justin Flinn, Plaintiff in the above captioned matter, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from this District Court's Order dated December 8, 2025 (ECF #73) granting Defendant's oral motion for Directed Verdict and dismissing Plaintiff's case (a copy of which is attached here as "Exhibit "A"), as well as from the District Court's Order dated August 19, 2025 (ECF #33) granting Defendants' summary judgment motion, in part, dismissing Counts I, II, and V of the Plaintiff's Complaint (a copy of which is attached here as "Exhibit "B").

Respectfully submitted by:

*[signature]*

Ryan R. Grace
*Attorney for the Plaintiff*
126 W. Miner St.
West Chester, PA 19382
(610) 314 – 7066
rgrace@bellwoarkelly.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JUSTIN FLINN | CIVIL ACTION |
|---|---|
| v. | NO. 24-2706 |
| EDWARD LAWLESS, DAVID NGUYEN | |

### ORDER DISMISSING CIVIL ACTION

**AND NOW**, this 8th day of December, 2025, following the testimony of Plaintiff Justin Flinn and an offer of proof as to the expected testimony of Defendants Lawless and Nguyen, the Court **GRANTED** Defendants' oral Motion for a Directed Verdict pursuant to Fed. R. Civ. P. 50. The Court finds the evidence, taken in the light most favorable to Plaintiff, shows sufficiently that reasonable minds cannot differ as to the fact that Plaintiff was resisting arrest and Defendants' conduct was reasonable under the totality of the circumstances.

Accordingly, the case is hereby **DISMISSED**. The Clerk of Court is instructed to close the docket.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-2706 Flinn v Lawless\24cv2706 order re directed verdict.doc

# EXHIBIT B

Case 2:24-cv-02706-MMB   Document 77   Filed 12/30/25   Page 4 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JUSTIN FLINN, *Plaintiff,* v. EDWARD LAWLESS and DAVID NGUYEN, *Defendants.* | CIVIL ACTION NO. 24-2706 |
|---|---|

**ORDER RE: SUMMARY JUDGMENT**

**AND NOW**, this 19th day of August, 2025, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 25, is **GRANTED in part and DENIED in part** as follows:

- Defendants' Motion for Summary Judgment is **GRANTED** in favor of Defendants as to Counts I, II, and V;
- Defendants' Motion for Summary Judgment is **DENIED** as to Counts III and IV.

Counts III and IV shall proceed to trial. Please be advised that a **FINAL PRETRIAL CONFERENCE** will be held by telephone on **September 9, 2025 at 3:00 PM**. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, join Chambers on the call (ph: 267-299-7520).

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-2706 Flinn v Lawless\24-2706 Order on Summary Judgment.docx

CERTIFICATE OF SERVICE

On this 30th day of December in the year 2025, I, Ryan R. Grace, attorney for the Plaintiff, hereby certify that I caused a true and correct copy of the foregoing Notice of Appeal to be filed via the Court's ECF system, with service on all counsel of record through the ECF electronic notification system.

Ryan R. Grace
*Attorney for the Plaintiff*